CHRISTOPHER WHURR
9919 RICH ROAD
BLOOMINGTON, MN 55437
(952) 831-5264   (651) 503-8306
WWW.WORMINK.COM

# INVOICE



Start Date: April/June 2010

| Client: | Job: |
|---|---|
| Into The Void FX<br><br>Wayne Johnson<br>email: wayne@intothevoidfx<br>Phone: 612.345.2220 | Logo |
| | Completion Date: 10/28/2010 |

| Description: | |
|---|---|
| Logo for "Into the Void FX"<br><br>**- ALL FILES DELIVERED ELECTRONICALLY -** | $300.00 |
| Total: | $300.00 |

Make checks payable to: **Chris Whurr**

Thank you,

*[signature]*

Date: 10/28/2010

ILLUSTRATION - ANIMATION - MOTION GRAPHICS