

# Into The Void

I N V O I C E

Invoice #: 001
Invoice Date: 12/15/10
Customer ID: Shockwave Darkside

Bill To:
Schockwave Darkside Productions

Make Check Payable to:
Into The Void LLC.
15524 Eagle Shore Drive
Apple Valley MN 55124

| Quantity | Item | Units | Description | Discount % | Taxable | Unit Price | Total |
|---|---|---|---|---|---|---|---|
| 1 | Color Grading & Finishing | | Color Grading & Finishing, Phase One Payment | | | | $5750.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | Total | $5750.00 |