

# Into The Void

# I N V O I C E

**Invoice #:** 001
**Invoice Date:** 03/08/16
**Customer ID:** NBC/E!

**Bill To:**
NBC/E! Online

Make Check Payable to:
Into The Void
1930 Jade Lane #208
Eagan MN, 55122

| Quantity | Item | Units | Description | Discount % | Taxable | Unit Price | Total |
|---|---|---|---|---|---|---|---|
| 1 | 360 Training | | 5 hours of training in 360 Video Post Production. Onsite March 11, 2016 | | | $50 Hr. | $250.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | Total | $250.00 |